# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2136

_____

United States of America

*Plaintiff - Appellee*

v.

Sean Tyree Lewis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: March 1, 2018
Filed: March 9, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Sean Lewis directly appeals the district court's[1] judgment entered after he pled guilty to conspiracy to distribute a heroin, in violation of 21 U.S.C. §§ 841(a)(1),

---

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

(b)(1)(C), and 846, and to being a felon in possession of firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Following careful review of the arguments raised in the brief filed by Lewis's counsel pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), we conclude (1) the district court's findings with regard to the drug-quantity attribution and application of the aggravating-role, vulnerable-individual, and obstruction-of-justice adjustments were supported by the testimony at the sentencing hearing and were not clearly erroneous; (2) the determination that Lewis was a career offender did not affect his sentence; and (3) his sentence was not substantively unreasonable. Turning to Lewis's pro se arguments, we find no error, plain or otherwise, with regard to application of the sentencing enhancement for his possession of a firearm, and no breach of the plea agreement by the government. Finally, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. The judgment of the district court is affirmed,[2] and counsel's motion to withdraw is granted.

_____

---

[2]We have assumed without deciding that, under the circumstances of this appeal, the arguments are not precluded by the appeal waiver. <u>See</u> <u>United States v. Valencia</u>, 829 F.3d 1007, 1012 (8th Cir. 2016), <u>cert. denied</u>, 137 S. Ct. 838 (2017).